IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v. ) | 2:19CR464-RAH-1 |
| ) | |
| HENRY J. STILL ) | |

**O R D E R**

Pending before the Court is the Unopposed Motion for Modification of Special Conditions of Supervised Release filed by Defendant Henry J. Still. (Doc. 52.) On January 28, 2021, this Court conducted a hearing by videoconference on the Motion. The probation officer, counsel, the Defendant, and the Defendant's brother, Walter Still, attended the videoconference. The Court granted the Motion on the record.

Upon consideration of the Motion, as well as the arguments of counsel and testimony presented at the hearing, and for good cause, it is

ORDERED as follows:

(1) The Unopposed Motion for Modification of Special Conditions of Supervised Release (Doc. 52) be and is hereby GRANTED;

(2) The Special Conditions of Supervision (Doc. 50, p. 5) are MODIFIED effective January 28, 2021.  Section One requiring the Defendant's participation in the Location Monitoring Program and compliance with the

conditions of home detention for a period of six months is REMOVED in its entirety as a special condition of supervision.

DONE, this 1st day of February, 2021.

                                          /s/ R. Austin Huffaker, Jr.
                              R. AUSTIN HUFFAKER, JR.
                              UNITED STATES DISTRICT JUDGE